UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:20-cv-02400-JLS-KES                                   Date: January 13, 2022
Title:  Microvention, Inc. v. Balt USA, LLC et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                                           Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER DENYING AS MOOT PLAINTIFF MICROVENTION, INC.' FOR LEAVE TO FILE SECOND AMENDED COMPLAINT (Doc. 56)**

    Before the Court is Plaintiff MicroVention, Inc.'s Motion for Leave to File Second Amended Complaint.  (Mot., Doc. 56.)  On September 28, 2021, the Court granted the parties' Stipulation Regarding Consent to File MicroVention's Second Amended Complaint.  (Order, Doc. 90.)  Accordingly, on September 29, 2021, MicroVention filed a Second Amended Complaint.  (SAC, Doc. 91.)  Therefore, the Motion for Leave to File Second Amended Complaint is denied as moot, and the hearing set for January 14, 2022 at 10:30am is VACATED.

    IT IS SO ORDERED.

                                                            Initials of Deputy Clerk: mku