UMBERG ZIPSER LLP
Mark A. Finkelstein (SBN 173851)
mfinkelstein@umbergzipser.com
Molly J. Magnuson (SBN 229444)
mmagnuson@umbergzipser.com
1920 Main Street, Suite 750
Irvine, California 92614
Telephone: 949-398-8020
Facsimile: 949-679-0461

Attorneys for Defendants David Ferrera,
Nguyen "Jake" Le, and Michelle Tran

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DVISION

| | |
|---|---|
| MICROVENTION, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BALT USA, LLC, a Delaware Limited Liability Company; DAVID FERRERA; NGUYEN "JAKE" LE; YOSHITAKA KATAYAMA; STEPHANIE GONG; MICHELLE TRAN,<br><br>Defendants. | CASE NO. 8:20-cv-02400-JLS-KES<br><br>**DEFENDANTS DAVID FERRERA, JAKE LE, AND MICHELLE TRAN'S OPPOSITION TO PLAINTIFF'S *EX PARTE* APPLICATION TO MODIFY THE SCHEDULING ORDER** |

The individual defendants (David Ferrera, Nguyen "Jake" Le, and Michelle Tran) oppose MVI's *ex parte* application to modify the Scheduling Order.  MVI has failed to justify extraordinary *ex parte* relief, as explained in Balt's opposition to MVI's application.

DATED:  October 19, 2022                    UMBERG ZIPSER LLP

*/s/ Mark A. Finkelstein*
_____
Mark A. Finkelstein
Attorneys for Defendants David Ferrera,
Nguyen "Jake" Le, and Michelle Tran