EVAN FINKEL (SBN 100673)
evan.finkel@pillsburylaw.com
MICHAEL S. HORIKAWA (SBN 267014)
michael.horikawa@pillsburylaw.com
CHAZ M. HALES (SBN 324321)
chaz.hales@pillsburylaw.com
CHLOE STEPNEY (SBN 334013)
chloe.stepney@pillsburylaw.com
PILLSBURY WINTHROP SHAW
PITTMAN LLP
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017
Telephone: 213.488.7100
Facsimile: 213.629.1033

CALLIE A. BJURSTROM (SBN 137816)
callie.bjurstrom@pillsburylaw.com
MICHELLE A. HERRERA (SBN 209842)
michelle.herrera@pillsburylaw.com
PILLSBURY WINTHROP SHAW
PITTMAN LLP
11682 El Camino Real, Suite 200
San Diego, CA 92130
Telephone: 858.509.4000
Facsimile: 619.819.4363

Attorneys for Plaintiff
MICROVENTION, INC.

Paul A. Stewart (SBN 153,467)
Paul.Stewart@knobbe.com
Sheila N. Swaroop (SBN 203,476)
Sheila.Swaroop@knobbe.com
William O. Adams (SBN 259,001)
William.adams@knobbe.com
KNOBBE, MARTENS, OLSON &
BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: 949.760.0404
Facsimile: 949.760.9502

Nicholas A. Belair (SBN 295,380)
Nicholas.Belair@knobbe.com
KNOBBE, MARTENS, OLSON &
BEAR, LLP
333 Bush Street, 21st Floor
San Francisco, CA 94104
Phone: 415.954.4114
Facsimile: 415.954.4111

Alexander D. Zeng (SBN 317,234)
Alexander.zeng@knobbe.com
KNOBBE, MARTENS, OLSON &
BEAR, LLP
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Phone: 310.551.3450
Facsimile: 310.551.3458

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROVENTION, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BALT USA, LLC, a Delaware Limited Liability Company; DAVID FERRERA; NGUYEN "JAKE" LE; YOSHITAKA KATAYAMA; STEPHANIE GONG; AND MICHELLE TRAN,<br><br>Defendants. | Case No. 8:20-cv-02400-JLS-KES<br><br>JOINT STIPULATION REGARDING LIMITED EXTENSION OF TIME TO TAKE DEPOSITIONS OF CERTAIN EXPERT WITNESSES AFTER THE EXPERT DISCOVERY CUT-OFF DATE AND MODIFICATION OF PRE-TRIAL SCHEDULING ORDER FOR A LIMITED PURPOSE<br><br>Pre-Trial Conf.: August 4, 2023<br>Trial: To be Set<br><br>Hon. Josephine L. Staton |

Plaintiff MicroVention, Inc. ("MicroVention") and Defendant Balt USA, LLC ("Balt) (collectively, the "Parties"; each individually, a "Party"), by and through their undersigned counsel, hereby enter into this Stipulation Regarding Limited Extension of Time to Take Depositions of Certain Expert Witnesses After the Expert Discovery Cut-Off Date and Modification of Pretrial Scheduling Order for a Limited Purpose.

WHEREAS, pursuant to the Order Granting Ex Parte Application to Modify the Scheduling Order entered on October 19, 2022 (Dkt. No. 224), the Expert Discovery Cut-Off date is presently May 12, 2023;

WHEREAS, due to scheduling conflicts and unforeseen health issues affecting certain expert witnesses, the Parties and the witnesses have agreed that each Party may take the deposition of certain expert witnesses on the following dates:

| | |
|---|---|
| Dr. Avery Evans, M.D.: | May 16, 2023 |
| Ashraf Massoud: | May 17, 2023 |
| Dr. Patrick Kennedy: | May 17, 2023 |
| Dr. Richard Hillstead: | May 17, 2023 |
| Russell W. Mangum III, Ph.D.: | May 18, 2023 |
| Michael Bandemer: | May 19, 2023 |
| Dr. David Frakes: | May 24, 2023; |

WHEREAS, given the proposed deposition dates listed above and the present deadline of May 26, 2023 to file *Daubert* motions, the Parties have conferred and propose a modified schedule for the limited purpose of extending by one week the date to file *Daubert* motions in order to provide the Parties with sufficient time following the conclusion of the above-listed expert depositions to efficiently prepare and file any *Daubert* motions;

WHEREAS, individual Defendants David Ferrera, Nguyen "Jake" Le, and Michelle Tran have not designated any expert witnesses nor participated in expert discovery in this case to date.  The Parties notified Ferrera, Le, and Tran of this Joint Stipulation and asked that they join in the same.  Defendant Le, *in pro per*, opposes the

Joint Stipulation for an unstated reason, and Defendants Ferrera and Tran have chosen not to respond to the request;

WHEREAS, in accordance with this Court's Procedure No. 4, Plaintiff MicroVention, Inc. is submitting herewith a declaration to assist the Court's assessment of good cause to modify the existing Scheduling Order for the limited purpose mentioned above;

IT IS HEREBY STIPULATED by and between the Parties as follows:

1. The depositions of Dr. Avery Evans, M.D., Ashraf Massoud, Dr. Patrick Kennedy, Dr. Richard Hillstead, Russell W. Mangum III, Ph.D., Michael Bandemer, and Dr. David Frakes, only, may be taken after the Expert Discovery Cut-Off date on the dates identified above;

2. The last day to file *Daubert* motions shall be extended to June 2, 2023; and

3. All other dates set forth in the Order Granting Ex Parte Application to Modify the Scheduling Order entered on October 19, 2022, shall remain unchanged.

THEREFORE, the Parties respectfully request that the Court adopt the proposed schedule set forth in this stipulation.

Dated: May 12, 2023

EVAN FINKEL
CALLIE A. BJURSTROM
MICHAEL S. HORIKAWA
MICHELLE A. HERRERA
CHAZ M. HALES
CHLOE STEPNEY
PILLSBURY WINTHROP SHAW PITTMAN LLP

By:  /s/ Callie A. Bjurstrom
     Callie A. Bjurstrom
     Attorneys for Plaintiff
     MICROVENTION, INC.

[Signatures continue on following page]

Dated: May 12, 2023

KNOBBE, MARTENS, OLSON & BEAR, LLP

By:      /s/ Nicholas A. Belair
Sheila N. Swaroop
Paul A. Stewart
William O. Adams
Sean M. Murray
Nicholas A. Belair
Alexander D. Zeng

Attorneys for Defendants
BALT USA, LLC

## FILER'S ATTESTATION

Pursuant to Civil L.R. 5-4.3.4(a)(2) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained.

/s/ Callie A. Bjurstrom
Callie A. Bjurstrom

Case No. 8:20-cv-02400-JLS-KES

MICROVENTION, INC. vs. BALT USA, LLC, et al.

<u>PROOF OF SERVICE BY ELECTRONIC TRANSMISSION AND MAIL</u>

I, Inga De La Rosa, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the County of Los Angeles, State of California.

2. My email and business addresses are inga.delarosa@pillsburylaw.com; 725 South Figueroa Street, 36th Floor, Los Angeles, CA 90017-5524.

3. On May 12, 2023, I served a true copy of the attached document(s) titled: **JOINT STIPULATION REGARDING LIMITED EXTENSION OF TIME TO TAKE DEPOSITIONS OF CERTAIN EXPERT WITNESSES AFTER THE EXPERT DISCOVERY CUT-OFF DATE AND MODIFICATION OF PRE-TRIAL SCHEDULING ORDER FOR A LIMITED PURPOSE; [PROPOSED] ORDER** by sending it/them via electronic transmission to the following person(s) at the electronic-mail addresses so indicated:

Nguyen "Jake" Le
20961 Parkridge
Lake Forest, CA 92630-5880
Telephone: (949) 394-6781
Email: jakenle@yahoo.com

**In Pro Per**

4. In addition to the electronic transmission, a true copy of the said document(s) was placed in a sealed envelope, addressed as indicated in the service list above, and deposited in regularly maintained interoffice mail for collection, postage, and same-day delivery to the United States Postal Service for delivery to the addressee.

4878-8977-1619.v1

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of May, 2023, at Brea, California.

_____
Inga De La Rosa