Evan Finkel (SBN 100673)
evan.finkel@pillsburylaw.com
Michael S. Horikawa (SBN 267014)
michael.horikawa@pillsburylaw.com
Chaz M. Hales (SBN 324321)
chaz.hales@pillsburylaw.com
Chloe Stepney (SBN 334013)
chloe.stepney@pillsburylaw.com
PILLSBURY WINTHROP SHAW
PITTMAN LLP
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017
Tel: 213.488.7100/Fax: 213.629.1033

Callie A. Bjurstrom (SBN 137816)
callie.bjurstrom@pillsburylaw.com
Michelle A. Herrera (SBN 209842)
michelle.herrera@pillsburylaw.com
PILLSBURY WINTHROP SHAW
PITTMAN LLP
11682 El Camino Real, Suite 200
San Diego, CA 92130
Tel:  858.509.4000/Fax: 619.819.4363

[Additional counsel listed below signature page]

Attorneys for Plaintiff
MICROVENTION, INC.

[Defendants' respective counsel listed at right and below signature page]

Douglas E. Lumish (SBN 183863)
doug.lumish@lw.com
Patricia Young (SBN 291265)
patricia.young@lw.com
LATHAM & WATKINS, LLP
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Bernard C. Jasper, Esq.
ben@jasperlawfirm.com
JASPER LAW
1440 N. Harbor Blvd., Suite 900
Fullerton, CA 92835
Tel: 714.321.2401

Lindley Fraley, Esq.
lfraley@kslaw.legal
KROESCHE SCHINDLER LLP
2603 Main Street, Suite 200
Irvine, CA 92614
Tel: 949.483.8700/Fax: 888.588.0034

Evan N. Budaj, Esq.
ebudaj@singercashman.com
Benjamin L. Singer, Esq.
bsinger@singercashman.com
Adam S. Cashman, Esq.
acashman@singercashman.com
SINGER CASHMAN LLP
505 Montgomery Street, Suite 1100
San Francisco, CA  94111
Tel: 415.500.6080/Fax: 415.500.6080

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICROVENTION, INC., a Delaware corporation,

        Plaintiff,

    vs.

BALT USA, LLC, a Delaware Limited Liability Company; DAVID FERRERA; NGUYEN "JAKE" LE; YOSHITAKA KATAYAMA; STEPHANIE GONG; AND MICHELLE TRAN,
        Defendants.

Case No. 8:20-cv-02400-JLS-KES

JOINT STATEMENT REGARDING TRIAL DATE

Pre-Trial Conf.: October 13, 2023
Trial: To Be Set

Hon. Josephine L. Staton

-1-

1      Plaintiff MicroVention, Inc. ("MVI" or "MicroVention") and Defendants Balt

2  USA, LLC ("Balt"), David Ferrera ("Ferrera"), Nguyen "Jake" Le ("Le"), and Michelle

3  Tran ("Tran") (collectively, the "Parties"; each individually, a "Party"), by and through

4  their undersigned counsel, hereby provide this Joint Statement Regarding Trial Date.

5      At the Pretrial Conference on October 13, 2023, the Court indicated its intent to

6  set trial to begin on January 30, 2024.  The Parties have met and conferred, and accept

7  the Court's proposed trial date of January 30, 2024.

8

9  Dated:  October 20, 2023

10                        EVAN FINKEL
                            CALLIE A. BJURSTROM

11                        BRYAN P. COLLINS
                            MICHAEL S. HORIKAWA

12                        MICHELLE A. HERRERA
                            CHAZ M. HALES

13                        CHLOE STEPNEY

14                        PILLSBURY WINTHROP SHAW PITTMAN LLP

15                        By:_____/s/ Michelle A. Herrera_____
                                Michelle A. Herrera

16                        Attorneys for Plaintiff
                        MICROVENTION, INC.

17

18

19                        [Additional counsel]

20                        BRYAN P. COLLINS (admitted pro hac)
                        bryan.collins@pillsburylaw.com

21                        PILLSBURY WINTHROP SHAW PITTMAN LLP
                        1650 Tysons Boulevard, Suite 1400

22                        McLean, VA 22102-4856
                        Telephone:  703.770.7538

23                        Facsimile:   703.770.7901

24                        COLIN T KEMP (SBN 215408)
                        colin.kemp@pillsburylaw.com

25                        CHRISTOPHER EDWARD STRETCH
                        (SBN 166752)

26                        christopher.stretch@pillsburylaw.com
                        ALEKZANDIR MORTON (SBN 319241)

27                        alekzandir.morton@pillsburylaw.com
                        JOHN JOSEPH STEGER (SBN 341299)

28

-1-

1    john.steger@pillsburylaw.com
     PILLSBURY WINTHROP SHAW PITTMAN LLP
2    4 Embarcadero Center
     San Francisco, CA 94111
3    Telephone: 415-983-1918
     Facsimile:   415-983-1200

4    RANJINI ACHARYA (SBN 290877)
     ranjini.acharya@pillsburylaw.com
5    PILLSBURY WINTHROP SHAW PITTMAN LLP
     2550 Hanover Street
6    Palo Alto, CA 94304
     Telephone:  650-233-4085
7    Facsimile:   650-233-4545

8    KENNETH W. TABER (admitted pro hac)
     kenneth.taber@pillsburylaw.com
9    PILLSBURY WINTHROP SHAW PITTMAN LLP
     31 West 52nd Street
10   New York, NY 10019
     Telephone:  212-858-1813
11   Facsimile:   212-858-1500

12   Dated:  October 20, 2023

13                                       JASPER LAW

14                                       By:_____/s/ Bernard C. Jasper_____
                                             Bernard C. Jasper (SBN 118479)
15                                             ben@jasperlawfirm.com
                                             1440 N. Harbor Blvd., Suite 900
16                                           Fullerton, CA 92835
                                             Telephone: (714) 321-2401
17

18   Dated:  October 20, 2023             *Attorneys for Defendant Michelle Tran*

19                                       SINGER CASHMAN LLP

20
                                         By:_____/s/ Benjamin L. Singer_____
21                                           Benjamin L. Singer (SBN 264295)
                                             *bsinger@singercashman.com*
22                                           Adam S. Cashman (SBN 255063)
                                             *acashman@singercashman.com*
23                                           Evan N. Budaj (SBN 217213)
                                             *ebudaj@singercashman.com*
24                                           505 Montgomery Street, Suite 1100
                                             San Francisco, CA 94111
25                                           Telephone: (415) 500-6080
                                             Facsimile: (415) 500 6080
26

27                                       *Attorneys for Defendant Nguyen "Jake" Le*

28                                       -2-

1   Dated:  October 20, 2023

2                                      KROESCHE SCHINDLER LLP

3

4                                      By:_____/s/ Lindley Fraley_____
                                          Lindley Fraley (SBN 223421)

5                                           *lfraley@kslaw.legal*
                                        2603 Main Street, Suite 200

6                                         Irvine, CA 92614
                                        Telephone: (949) 483-8700

7                                         Facsimile: (888) 588-0034

8                                         *Attorneys for Defendant David Ferrera*

9   Dated:  October 20, 2023

10                                       LATHAM & WATKINS, LLP

11

12                                      By:_____/s/ Douglas E. Lumish_____
                                          Douglas E. Lumish (SBN 183863)

13                                         *doug.lumish@lw.com*
                                        Jeff Homrig (SBN 215890)

14                                         *jeff.homrig@lw.com*
                                        Patricia Young (SBN 291265)

15                                         *patricia.young@lw.com*
                                        Lucas A. Lonergan (SBN 345636)

16                                         *Lucas.lonergan@lw.com*
                                        140 Scott Drive

17                                       Menlo Park, California 94025

18                                       Telephone: (650) 328-4600
                                      Facsimile: (650) 463-2600

19

20                                       Michael Morin (*admitted pro hac vice*)
                                        *michael.morin@lw.com*

21                                       Michael E. Bern (*admitted pro hac vice*)
                                        *michael.bern@lw.com*

22                                       555 Eleventh Street, NW
                                      Suite 1000

23                                       Washington, D.C. 20004-1304
                                      Telephone: (202) 637-2200

24                                       Facsimile: (202) 637-2201

25

26                                       Christopher Henry
                                      (*admitted pro hac vice*)

27                                       *christopher.henry@lw.com*
                                      200 Clarendon Street

28

-3-

Boston, MA 02116
Telephone (617) 948-6000
Facsimile: (617) 948-6001

Joseph Lee (SBN 248046)
  joseph.lee@lw.com
Ryan Owen (SBN 344853)
  ryan.owen@lw.com
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone (714) 540-1235
Facsimile: (714)755-8290

Tiffany Ikeda (SBN 280083)
  tiffany.ikeda@lw.com
10250 Constellation Blvd. Suite 1100
Los Angeles, CA 90067
Telephone (424)653-5400
Facsimile (424) 653-5501

Julianne Osborne (SBN 342870)
  julianne.osborne@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone (415) 391-0600
Facsimile (415) 395-8095

Russell Mangas *(admitted pro hac vice)*
  russell.mangas@lw.com
330 North Wabash Ave., Suite 2800
Chicago, IL 60611
Telephone (312) 876-7700
Facsimile (312) 993-9767

*Attorneys for Defendant Balt USA, LLC*

## **FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-4.3.4(a)(2) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained.

_____/s/ Michelle A. Herrera_____
Michelle A. Herrera

-4-