NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROVENTION, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>BALT USA, LLC, a Delaware Limited Liability Company, et al.<br><br>        Defendants. | Case No. 8:20-cv-02400-JLS-KES<br><br>**ORDER RE: JOINT REQUEST TO STAY THE ACTION (DOC. 783)** |

Having considered the joint request to stay this action for forty-five (45) days (Doc. 783) filed by Plaintiff MicroVention, Inc. ("MVI"), Defendant Balt USA, LLC ("Balt"), and Defendants David Ferrera, Nguyen ("Jake") Le, and Michelle Tran, the Court ORDERS as follows:

(1) No stay will issue until the Parties submit a notice of settlement as to the entire action.

(2) In light of MVI's and Balt's anticipated dismissal of their claims and defenses against each other, and the active settlement discussions between MVI and the Individual Defendants, the January 26, 2024 Exhibit Conference and the January 30, 2024 trial date are vacated.

(3) MVI and the Individual Defendants should be prepared to proceed to trial in February if they are unable to reach a settlement prior to the vacated trial date.

**IT IS SO ORDERED.**

DATED:  December 29, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE