Douglas E. Lumish (SBN 183863)
doug.lumish@lw.com
Jeffrey G. Homrig (SBN 215890)
jeff.homrig@lw.com
Patricia Young (SBN 291265)
patricia.young@lw.com
**LATHAM & WATKINS LLP**
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Michael Morin (*admitted pro hac vice*)
michael.morin@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

Joseph Lee (SBN 248046)
joseph.lee@lw.com
**LATHAM & WATKINS LLP**
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

*Attorneys for Defendant,*
*BALT USA, LLC*

Evan Finkel (SBN 100673)
evan.finkel@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017
Telephone: (213) 488-7100
Facsimile: (213) 629-1033

Callie A. Bjurstrom (SBN 137816)
callie.bjurstrom@pillsburylaw.com
Michelle A. Herrera (SBN 209842)
Michelle.herrera@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
11682 El Camino Real, Suite 200
San Diego, CA 92130
Telephone: (858) 509-4000
Facsimile: (619) 819-4363

Yuri Mikulka (SBN 185926)
yuri.mikulka@alston.com
**ALSTON & BIRD LLP**
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
Telephone: 213-576-1026
Facsimile: 213-576-1100

*Attorneys for Plaintiff,*
*MICROVENTION, INC.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROVENTION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BALT USA, LLC, et al.<br><br>Defendants. | Case No. 8:20-cv-02400-JLS-KES<br><br>Hon. Josephine L. Staton<br><br>**STIPULATION TO DISMISS TRADE SECRET ACTION AGAINST BALT USA, LLC ONLY** |

Plaintiff MicroVention, Inc. ("MVI") and Defendant Balt USA, LLC ("Balt"), by and through their attorneys of record, hereby stipulate as follows:

(1) pursuant to Fed. R. Civ. P. 41(a), the above action, *MicroVention, Inc. v. Balt, Inc. et al.,* Case No. 8:20-cv-02400-JLS-KES (the "Trade Secret Action"), including all claims, shall be dismissed with prejudice against Balt USA, LLC ("Balt") only;

(2) this dismissal only pertains to Balt, and shall not impact the Trade Secret Action against any other Defendant; and

(3) MVI and Balt shall each bear their own attorneys' fees, costs, and expenses, except for obligations to pay pursuant to an existing Order of the Court or agreement reached by MVI and Balt.

Pursuant to this stipulation, MVI and Balt request the Court enter the Proposed Order provided herewith dismissing the Trade Secret Action against Balt only with prejudice.

Dated: April 4, 2024

**LATHAM & WATKINS, LLP**

By: */s/Douglas E. Lumish*
Douglas E. Lumish (SBN 183863)
doug.lumish@lw.com
Jeffrey G. Homrig (SBN 215890)
jeff.homrig@lw.com
Patricia Young (SBN 291265)
patricia.young@lw.com
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Michael Morin (*admitted pro hac vice*)
michael.morin@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

Joseph Lee (SBN 248046)
joseph.lee@lw.com

650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: (714) 540-1235
Facsimile: (714)755-8290

Julianne Osborne (SBN 342870)
julianne.osborne@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone (415) 391-0600
Facsimile (415) 395-8095

*Attorneys for Defendant BALT USA, LLC*

Dated: April 4, 2024

By: /s/Callie A. Bjurstrom
Callie A. Bjurstrom (SBN 137816)
callie.bjurstrom@pillsburylaw.com
Michelle A. Herrera (SBN 209842)
michelle.herrera@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
11682 El Camino Real, Suite 200
San Diego, CA 92130
Telephone: (858) 509-4000

Yuri Mikulka (SBN 185926)
yuri.mikulka@alston.com
**ALSTON & BIRD LLP**
350 South Grand Avenue, 51st Floor
Los Angeles, CA 90071
Telephone: (213) 576-1026
Facsimile: (213) 576-1100

Evan Finkel (SBN 100673)
evan.finkel@pillsburylaw.com
Michael S. Horikawa (SBN 267014)
michael.horikawa@pillsburylaw.com
Chaz M. Hales (SBN 324321)
Chaz.hales@pillsburylaw.com
Chloe Stepney (SBN 334013)
chloe.stepney@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
725 South Figueroa Street, 36th Floor
Los Angeles, CA 90017
Telephone: (213) 488-7100
Facsimile: (213) 629-1033

Bryan P. Collins *(admitted pro hac vice)*
*bryan.collins@pillsburylaw.com*
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1650 Tysons Boulevard, Suite 1400
McLean, VA 22102-4856
Telephone: (703) 770-7538
Facsimile: (703) 770-7901

Colin T Kemp (SBN 215408)
*colin.kemp@pillsburylaw.com*
CHRISTOPHER EDWARD STRETCH (SBN 166752)
*christopher.stretch@pillsburylaw.com*
Alekzandir Morton (SBN 319241)
*alekzandir.morton@pillsburylaw.com*
John Joseph Steger (SBN 341299)
*john.steger@pillsburylaw.com*
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
4 Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 983-1918
Facsimile: (415) 983-1200

Ranjini Acharya (SBN 290877)
*ranjini.acharya@pillsburylaw.com*
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
2550 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 233-4085
Facsimile: (650) 233-4545

Kenneth W. Taber *(admitted pro hac vice)*
*kenneth.taber@pillsburylaw.com*
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
31 West 52nd Street
New York, NY 10019
Telephone: (212) 858-1813
Facsimile: (212) 858-1500

*Attorneys for Plaintiff MICROVENTION, INC.*

**ATTESTATION PURSUANT TO Civil L.R. 5-4.3.4(a)(2)(i)**

I hereby attest that all signatories listed, on whose behalf this filing is submitted, concur in this filing's content, and have authorized this filing.

*/s/Callie A. Bjurstrom*
Callie A. Bjurstrom