1
2
3
4
5
6
7
8
9
10

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| MICROVENTION, INC., | Case No. 8:20-cv-02400-JLS-KES |
| Plaintiff, | Hon. Josephine L. Staton |
| v. | **[PROPOSED] ORDER RE STIPULATION TO DISMISS TRADE SECRET ACTION AGAINST BALT USA, LLC ONLY** |
| BALT USA, LLC, et al. | |
| Defendants. | |

1        Pursuant to the parties' Stipulation of Dismissal, IT IS HEREBY ORDERED

2  as follows:

3        (1) the above action is hereby dismissed with prejudice against Balt USA,

4  LLC ("Balt") only;

5        (2) this dismissal shall not impact the action against any other defendant; and

6        (3) MicroVention, Inc. ("MVI") and Balt shall each bear their own attorneys'

7  fees, costs, and expenses, except for obligations to pay pursuant to an existing Order

8  of the Court or agreement reached by MVI and Balt.

9

10  DATED: _____

11                                        _____

                                          Honorable Judge Josephine L. Staton

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO. 8:20-cv-02400-JLS-KES
[PROPOSED] ORDER RE
STIPULATION TO DISMISS TRADE SECRET
4882-5091-4996.v1