# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROVENTION, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>BALT USA, LLC, et al.<br><br>          Defendants. | Case No. 8:20-cv-02400-JLS-KES<br><br>**ORDER DISMISSING ACTION AGAINST BALT USA, LLC ONLY** |

Pursuant to the parties' Stipulation of Dismissal (Doc. 807), IT IS HEREBY ORDERED as follows:

(1) the above action is hereby dismissed with prejudice against Balt USA, LLC ("Balt") only;

(2) this dismissal shall not impact the action against any other defendant; and

(3) MicroVention, Inc. ("MVI") and Balt shall each bear their own attorneys' fees, costs, and expenses, except for obligations to pay pursuant to an existing Order of the Court or agreement reached by MVI and Balt.

DATED: April 9, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE