| | |
|---|---|
| Evan Finkel (SBN 100673)<br>evan.finkel@pillsburylaw.com<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>725 South Figueroa Street, 36th Floor<br>Los Angeles, CA 90017<br>Tel: 213.488.7100/Fax: 213.629.1033<br><br>Callie A. Bjurstrom (SBN 137816)<br>callie.bjurstrom@pillsburylaw.com<br>Michelle A. Herrera (SBN 209842)<br>michelle.herrera@pillsburylaw.com<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br>11682 El Camino Real, Suite 200<br>San Diego, CA 92130<br>Tel: 858.509.4000/Fax: 619.819.4363<br><br>Yuri Mikulka<br>Alston and Bird LLP<br>333 South Hope Street, 16th Floor<br>Los Angeles, CA 90071<br>213-576-1026<br>Fax: 213-576-1100<br>Email: yuri.mikulka@alston.com<br><br>*Attorneys for Plaintiff*<br>*MICROVENTION, INC.* | Adam S. Cashman (SBN 255063)<br>acashman@singercashman.com<br>Benjamin L. Singer (SBN 264295)<br>bsinger@singercashman.com<br>Evan N. Budaj (SBN 271213)<br>ebudaj@singercashman.com<br>SINGER CASHMAN LLP<br>505 Montgomery Street, Suite 1100<br>San Francisco, CA 94111<br>Telephone: (415) 500-6080<br>Facsimile: (415) 500-6080<br><br>*Attorneys for Defendant*<br>*JAKE LE*<br><br>Bernard C. Jasper (SBN 118479)<br>Ben@jasperlawfirm.Com<br>JASPER LAW<br>1440 North Harbor Boulevard, Ste 900<br>Fullerton, CA 92835<br>Telephone: (714) 321-2401<br>Facsimile: (949) 540-6578<br><br>*Attorneys for Defendant*<br>*MICHELLE TRAN*<br><br>Lindley P. Fraley (SBN 223421)<br>lfraley@kslaw.legal<br>KROESCHE SCHINDLER LLP<br>2603 Main Street, Suite 200<br>Irvine, CA 92614<br>Tel: 949.483.8700/Fax: 888.588.0034<br><br>*Attorneys for Defendant*<br>*DAVID FERRERA* |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICROVENTION, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>BALT USA, LLC, et al.<br><br>    Defendants. | Case No. 8:20-cv-02400-JLS-KES<br><br>**AMENDED JOINT STIPULATION FOR ENTRY OF CONSENT JUDGMENT AND PERMANENT INJUNCTION**<br><br>Hon. Josephine L. Staton |

Plaintiff MicroVention, Inc. ("MicroVention"), and Defendants David Ferrera, Nguyen ("Jake") Le, and Michelle Tran (collectively, "Individual Defendants" and together with MicroVention, the "Parties"), hereby jointly stipulate as follows:

**JOINT STIPULATION**

WHEREAS, on December 2, 2020, MicroVention filed a Complaint in the United States District Court for the Central District of California, Case No. 8:20-cv-02400-JLS-KES, against Balt USA, LLC and certain of its employees who were former employees of MicroVention, including Defendants Ferrera and Le, as well as Defendants Yoshitaka Katayama ("Katayama") and Stephanie Gong ("Gong") for misappropriation of trade secrets under the Defend Trade Secrets Act and the California Uniform Trade Secrets Act (the "Trade Secret Action").

WHEREAS, on March 5, 2021, MicroVention filed a First Amended Complaint (Dkt. No. 42) asserting additional claims for breach of contract against Ferrera and Le.

WHEREAS, on September 29, 2021, MicroVention filed a Second Amended Complaint (Dkt. No. 91) adding Michelle Tran ("Tran") as a defendant;

WHEREAS, on October 3, 2022, the Court in the Trade Secret Action entered Orders, pursuant to joint stipulations between the affected parties, dismissing the claims against Gong and Katayama without prejudice.

WHEREAS, MicroVention and the Individual Defendants each acknowledge that they have read and understand the terms of the Consent Judgment and Permanent Injunction and that they have had the opportunity to consult with counsel of their choice to review the terms of the Consent Judgment and Permanent Injunction and hereby stipulate to the entry of the Consent Judgment and Permanent Injunction.

///

WHEREAS, MicroVention and the Individual Defendants agree and intend that the entry of the Consent Judgment and Permanent Injunction contemplated by this Stipulation, along with the monetary payments and other terms and conditions required by the Settlement Agreements entered into between MicroVention and the Individual Defendants, will fully and finally resolve the claims in the Second Amended Complaint as to these Individual Defendants. *See* **Exhibits 1-3** to the [Proposed] Consent Judgment and Permanent Injunction (Settlement Agreements).

WHEREAS, the terms of the Settlement Agreement between MicroVention and the Individual Defendants, this Stipulation and the Consent Judgment and Permanent Injunction are to be construed together as comprising the overall settlement between MicroVention and the Individual Defendants.

WHEREAS, MicroVention and the Individual Defendants are to bear their own costs and attorneys' fees incurred in this action, excluding any fees and costs that may be incurred in the future to enforce the terms of the Settlement Agreement and the Consent Judgment and Permanent Injunction.

WHEREAS, MicroVention and the Individual Defendants expressly request that the Court retain jurisdiction over this Action to enforce the Parties' Settlement Agreement and the terms of the Consent Judgment and Permanent Injunction. *See Dongguan Fumeikang Electrical Technology Co., Ltd. v. ISO Beauty, Inc.*, 2018 WL 5862957, at *2 (C.D. Cal., Feb. 27, 2018) (court's order of dismissal properly retains jurisdiction where the parties conditioned the effectiveness of the stipulation on the court's entry of an order retaining jurisdiction) (citing *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375, 381-82 (1994)).

NOW, THEREFORE, MicroVention and the Individual Defendants hereby stipulate to and respectfully request the Court enter the attached Consent Judgment and Permanent Injunction.

**IT IS SO STIPULATED.**

Dated: April 19, 2024

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: /s/ Callie A. Bjurstrom
  Callie A. Bjurstrom
  Attorney for Plaintiff
  MICROVENTION, INC.

Dated: April 19, 2024

**ALSTON & BIRD**

By: /s/ Yuri Mikulka
  Yuri Mikulka
  Attorney for Plaintiff
  MICROVENTION, INC.

Dated: April 19, 2024

**SINGER CASHMAN LLP**

By: /s/ Adam S. Cashman
  Adam S. Cashman, Esq.
  Benjamin L. Singer, Esq.
  Evan N. Budaj, Esq.
  Attorneys for Defendants
  David Ferrera and Jake Le

Dated: April 19, 2024

**JASPER LAW**

By: /s/ Bernard C. Jasper
  Bernard C. Jasper
  Attorneys for Defendant Michelle Tran

Dated: April 19, 2024

**KROESCHE SCHINDLER LLP**

By: /s/ Lindley Fraley
  Lindley Fraley
  Attorneys for Defendant David Ferrera

- 4 -

JOINT STIPULATION FOR ENTRY OF CONSENT JUDGMENT AND PERMANENT INJUNCTION
Case No. 8:20-cv-2400-JLS-KES

4890-5723-6664.v1

# **FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-4.3.4(a)(2) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained.

/s/ Callie A. Bjurstrom
Callie A. Bjurstrom